# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Marcus Croft,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Columbus, Ohio, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-398<br><br>Judge George C. Smith<br><br>Magistrate Judge<br>Elizabeth A. Preston Deavers |

## AGREED DISMISSAL ENTRY

By agreement of the parties, and for good cause shown, all claims between them having been voluntarily settled, it is hereby **ORDERED** that all claims by all Parties herein are **DISMISSED, WITH PREJUDICE**. This Entry terminates the case. Any outstanding and unpaid Court costs to Defendants.

**IT IS SO ORDERED.**

_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

**Signatures:**

Attorneys for Plaintiff:

_____
Sean L. Walton (0088401)
Chanda L. Brown (0081076)

Attorneys for Defendants:

_____
Westley M. Phillips (0077728)
Melanie R. Tobias (0070499)

Respectfully Submitted,

*/s/ Sean L. Walton*

Sean L. Walton (0088401)
Chanda L. Brown (0081076)
WALTON + BROWN, LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215
Telephone:	(614) 636-3476
Facsimile:	(614) 636-3453
Email: swalton@waltonbrownlaw.com
Counsels for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 8, 2017, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to the following individuals:

Westley M. Phillips (0077728)
Melanie R. Tobias (0070499)
Assistant City Attorneys
Columbus City Attorney's Office
77 North Front Street
Columbus, Ohio 43215
wmphillips@columbus.gov
mrtobias@columbus.gov

Attorneys for Defendants

/s/ Sean L. Walton
Sean L. Walton (0088401)